UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                          Case No. 23-CR-120

SHAUN C. MEYER,

        Defendant.

---

## ORDER CORRECTING JUDGMENT

---

Shaun C. Meyer was convicted of Distribution of Child Pornography in violation of 18 U.S.C. § 2252A and sentenced to 120 months in the custody of the Bureau of Prisons. At the time of sentencing, the question of restitution was held open. The parties later agreed to a restitution amount of $9,000.00 and an Amended Judgment was entered. The Amended Judgment failed to indicate how payment of the restitution amount was to be made, however. This was the result of a clerical error or oversight, which the court may correct under Fed. R. Crim. P. 36.

Having considered the respective positions of the parties, the court concludes that the Amended Judgment should be corrected in the following manner: On page 7, under the title "Schedule of Payments" Section B should be checked indicating that the payment is to begin immediately. In addition, Section D should be checked. Moreover, the $100.00 amount should be inserted into the blank for the minimal monthly payment that will be due upon release to supervision. This will make the victims' receipt of some amount of restitution within the next ten years at least possible.

Dated at Green Bay, Wisconsin this 11th day of April, 2024.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach
                                                    United States District Judge